### Patrick JONES, Appellant,

v.

### STATE of Missouri, Respondent.

#### No. ED 100565.

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 30, 2014.

Andrew E. Zleit, St. Louis, MO, for appellant.

Chris Koster, Karen L. Kramer, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., CLIFFORD H. AHRENS, J., and GLENN A. NORTON, J.

### ORDER

PER CURIAM.

Patrick Jones appeals the motion court's denial of his Rule 29.15 motion for postconviction relief. An opinion would have no precedential value. We have furnished the parties with a memorandum, for their information only, setting forth the reasons for this order. The motion court's findings of fact and conclusions of law are not clearly erroneous. We affirm. Rule 84.16(b)(2) & (5).